Lu Roberts, Respondent, v. Arthur Ellis, Appellant.— In our opinion the papers submitted on the motion do not establish plaintiff's indigence. The facts alleged in the moving papers are not sufficient to justify preference in the trial of this cause over those of other litigants awaiting trial, and, hence, the granting of the motion was an improvident exercise of discretion. (*O'Callaghan* v. *Brawley,* 276 App. Div. 908; *Thomas* v. *Green Bus Lines,* 276 App. Div. 922; *Keeler* v. *Greene,* 273 App. Div. 976; *Lavicka* v. *National Transp. Co.,* 264 App. Div. 785; *Braver* v. *Davis,* 277 App. Div. 879.) Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

Molly Svei et al., Respondents, v. Minck Bros. & Co. et al., Appellants.— In our opinion there is no such showing of plaintiffs' indigence in the moving papers as warrants the preference in trial of this action over the many causes awaiting trial in regular order; and in granting the motion the court improvidently exercised the discretion vested in it. (*O'Callaghan* v. *Brawley,* 276 App. Div. 908; *Greene* v. *McDermott,* 245 App. Div. 726; *Lavicka* v. *National Transp. Co.,* 264 App. Div. 785; *Thomas* v. *Green Bus Lines,* 276 App. Div. 922; *Braver* v. *Davis,* 277 App. Div. 879.) Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

Irving Thal, Appellant, v. Abraham Brandwine et al., Respondents.— The position of respondents' attorney is not included in the enumeration of those whose occupants are prohibited from practicing in any court. By regulation of the Judges of the County Court he is prohibited from practice in that court only. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

Frieda Weinberger, Appellant, v. William B. Weinberger, Respondent.— No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.